AO83 (Rev. 08/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.   Case. No. 3:24CR164

**ROBERT BRIAN THOMPSON**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**5300**<br><br>DATE & TIME:<br>**11/19/2024 @ 2:30 PM** |

Before: The Honorable Magistrate Judge Mark R. Colombell

To answer a(n):

☐ Indictment  ☐ Superseding Indictment  ☒ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☐ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED.

_____        11/13/2024
Signature of Issuing Officer                                             Date

A. Duncan, Deputy Clerk
Name and Title of Issuing Officer

# RETURN OF SERVICE

This summons was received by me:     Jessica Saunders, Deputy Clerk

Date:

Name of Server     Title:

Check one box below to indicate appropriate method of service:

☒ I personally served the summons on the defendant on: [date]   or   **Summons was served on defense counsel by email on 11/13/24 at 1:08 p.m. Counsel acknowledged receipt and confirmed their client's appearance on 11/13/24 at 1:14 p.m.**

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☐ On [date], I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on _____      _____
            Date                                           Signature of Server

                                                             _____
                                                                 Address of Server