IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA,**

v.  **Criminal Case No. 3:24cr164**

**ROBERT BRIAN THOMPSON,**

**Defendant.**

## ORDER

This matter comes before the Court on Magistrate Judge Mark R. Colombell's Report and Recommendation of the Magistrate Judge (the "Report and Recommendation"). (ECF No. 15.) The Report and Recommendation concerns Magistrate Judge Colombell's acceptance of Defendant Robert Brian Thompson's plea of guilty to Counts One and Two of the Criminal Information, (ECF No. 1), pursuant to a Federal Rule of Criminal Procedure 11 proceeding conducted by Magistrate Judge Colombell with the consent of Mr. Thompson and counsel. (ECF No. 15, at 1–3.) In the Report and Recommendation, Mr. Thompson was advised that he "may file specific written objection to this report and recommendation with the Court within fourteen (14) days of [November 19, 2024]." (ECF No. 15, at 3.) Mr. Thompson has not filed any objection, and his time to do so has expired.

The Court finds that Magistrate Judge Colombell made full inquiry and findings pursuant to Rule 11. (*See* ECF No. 15, at 1–3.) The Court further finds that Magistrate Judge Colombell gave Mr. Thompson notice of the right to file specific objections to the Report and Recommendation by December 3, 2024, and that Mr. Thompson has not filed any objection within the prescribed time period. As a result, the Report and Recommendation is ADOPTED

and Mr. Thompson is found guilty of Counts One and Two of the Criminal Information. (ECF No. 1.)

It is SO ORDERED.

Date: 12/5/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge